IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE WILLIAM DRISCOLL,<br><br>Defendant. | CR 21-09-H-BMM<br><br><br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture.  Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on February 10, 2022;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1);

1

4.      There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1.      The Motion for Final Order of Forfeiture is GRANTED.

2.      Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- FIE Titan Pistol caliber 25, serial number: A24848;
- 4 Rounds unknown ammunition caliber 25;
- Ruger Security-9 Pistol caliber – 9, serial number: 384-13305;
- 15 Rounds unknown ammunition caliber 9; and
- Parker-Hale unknown rifle caliber 243, serial number: 84258.

3.      The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 14th day of April 2022.

_____
Brian Morris, Chief District Judge
United States District Court